394 P.2d 599

**Arthur EDWARDS, Petitioner,**

**v.**

**Harold A. COX, Warden, Penitentiary of New Mexico, Respondent.**

**No. 147 HC.**

Supreme Court of New Mexico.

Aug. 17, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust District Court remedy.

394 P.2d 600

**James E. GARRISON, Petitioner,**

**v.**

**The DISTRICT COURT OF SANTA FE COUNTY, Respondent.**

**No. 156 HC.**

Supreme Court of New Mexico.

Aug. 19, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust District Court remedy.

394 P.2d 600

**Alfredo C. LUCERO, Jr., Petitioner,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT OF SANTA FE COUNTY, Respondent.**

**No. 155 HC.**

Supreme Court of New Mexico.

Aug. 19, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust District Court remedy.